IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                          4:09CV00079 JMM

GREG E. RILEY                                               DEFENDANT

## DEFAULT JUDGMENT

The Government served Defendant Greg E. Riley by process server on February 15, 2009. (Docket # 2). The Defendant has not filed an Answer or any other entry of appearance to date. The Clerk's Entry of Default was filed on May 26, 2009.

Pursuant to Rule 55(b)(2), the United States' Motion for Default Judgment (Docket # 8) is GRANTED. Judgment is hereby entered in favor of the United States and against Greg E. Riley in the amount of $4,500.00 at 10% per annum, compounded daily for 1049 days (from November 1, 2006 to date) for a total of $5,998.05.

IT IS SO ORDERED this 15th day of September, 2009.

_____
James M. Moody
United States District Judge